IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR **9** 2009

GREGORY C. LANGHAM
CLERK

'09 - CV - 00977 $\mathcal{B}n\mathcal{B}$

Civil Action No. _____
(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

FRENCH,
GRUDY,
LEE,
SHOCKLEY,
HURD,
ROY, and
CRAWFORD,

      Applicants,

v.

SCF WARDEN,
MEDICAL Staff, and
GUARD STAFF,

      Respondents.

_____

ORDER DIRECTING CLERK TO COMMENCE A CIVIL ACTION,
CONSTRUING HABEAS CORPUS ACTION AS A 42 U.S.C. § 1983 ACTION,
AND INSTRUCTING APPLICANTS TO CURE DEFICIENCIES

_____

Although only Kent French has signed the submitted Court-approved form used

in filing 28 U.S.C. § 2254 actions, it appears that the inmates listed as Applicants in the

action are in the custody of the Colorado Department of Corrections and are

incarcerated at the Sterling, Colorado, Department of Corrections, where Mr. French is

incarcerated.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court

has determined that there are deficiencies in the filings submitted to the Court as described in this Order. Notwithstanding the deficiencies, the Court will direct the Clerk of the Court to commence a civil action.

The Court has reviewed the Application and finds that Mr. French, on behalf of all listed inmates, is asserting that they are being denied adequate medical treatment. One inmate, however, may not sign on behalf of another inmate. The listed inmates, including Mr. French, Mr. Grudy, Mr. Lee, Mr. Shockley, Mr. Hurd, Mr. Roy, and Mr. Crawford are instructed that all filings submitted to the Court in the instant action must contain each inmate's signature.

Furthermore, "[t]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally, a state prisoner's challenge to his conditions of confinement is cognizable under 42 U.S.C. § 1983. Therefore, the listed inmates are directed to complete the proper, Court-approved form used for filing a Prisoner Complaint and submit the completed form to the Court, with signatures of all named inmates, if they wish to pursue their claims. Inmates must allege, simply and concisely, the specific claims for relief they are asserting and against whom those claims are asserted.

Each inmate also will be required to submit to the Court a completed Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desires to proceed *in forma pauperis*. Otherwise,

2

inmates may elect to pay the $350.00 filing fee in full prior to proceeding in this action. Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that the action is construed as a civil rights action filed pursuant to 42 U.S.C. § 1983, rather than a habeas corpus action filed pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that **within thirty days from the date of this Order** the listed inmates who desire to proceed with this action shall complete and file a Prisoner Complaint with the Court that complies with this Order. It is

FURTHER ORDERED that **within thirty days from the date of this Order** the inmates, if they desire to proceed *in forma pauperis*, shall each complete and file with the Court a Prisoner's Motion and Affidavit. In the alternative, they may pay the $350.00 filing fee in full. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. French two copies of the Prisoner Complaint form and enough copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form so that each named inmate receives two copies. It is

FURTHER ORDERED that if the inmates fail to comply with this Order, **within thirty days from the date of this Order**, the action or the individual inmate will be dismissed without further notice. It is

FURTHER ORDERED that the Court will not review the merits of the claims until
the listed inmates who desire to proceed with the action have complied with this Order.

DATED at Denver, Colorado, this _27TH_ day of _april_ , 2009.

BY THE COURT:

_Boyd N Boland_

BOYD N BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **'09 - CV - 00977**

Kent French
Prisoner No. 112709
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint and fourteen copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 forms** to the above-named individuals on___
_4/27/09_

GREGORY C. LANGHAM, CLERK

By:_____
             Deputy Clerk