IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00977-BNB

FRENCH,
GRADY,
LEE,
SHOCKLEY,
ROY,
VIGIL,
CRAWFORD,
HURD,
PUNK,
KNOOR,
BASS,
POPKEN,
BROWNE,
SMITH,
BAUTON,
McWILLIAMS,
WILLIAMS,
JIM SHONKOSKI,
BURNS,
DANIELS, and
KING,

      Plaintiffs,

v.

STATE OF COLO.,
S.C.F.,
MEDICAL STAFF,
GUARD STAFF,
A.D.A. COLO. SPRINGS.,
D.O.C.C.,
GOV. BILL RITTER, and
STATE ATT. GENERAL, JOHN SUTHERS,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
              CLERK

## ORDER OF DISMISSAL

Magistrate Judge Boyd N. Boland entered an order, on April 29, 2009, directing all Plaintiffs to each submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form and a certified copy of their trust fund account statements for the six months immediately preceding the filing of the instant action. All Plaintiffs except for Mr. French have failed to communicate with the Court. Although Mr. French submitted correspondence to the Court, two Amended Complaints, and a certified copy of his account statement, he has failed to file a proper § 1915 form as he was instructed to do in the April 29, 2009, Order. Therefore, the Complaint and the action will be dismissed for failure to cure all deficiencies. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice for failure to cure all noted deficiencies.

DATED at Denver, Colorado, this 14 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00977-BNB

Kent French
Prisoner No. 112709
Sterling Correctional Facility
PO Box 6000 - Unit 3 C 104
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/15/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk