IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00977-ZLW

FRENCH,
GRADY,
LEE,
SHOCKLEY,
ROY,
VIGIL,
CRAWFORD,
HURD,
PUNK,
KNOOR,
BASS,
POPKEN,
BROWNE,
SMITH,
BAUTON,
MCWILLIAMS,
WILLIAMS,
JIM SHONKOSKI,
BURNS,
DANIEL, and
KING,

          Plaintiffs,

v.

STATE OF COLORADO,
S.C.F.,
MEDICAL STAFF,
GUARD STAFF,
A.D.A. COLO. SPRINGS,
D.O.C.C.,
GOV. BILL RITTER, and
STATE ATTORNEY GENERAL, JOHN SUTHERS,

          Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Plaintiff, Kent French, submitted a Notice of Appeal on August 10, 2009. The court has determined that the document is deficient as described in this order. Kent French will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
    __ is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    __ is not submitted
    __ is missing affidavit
    _x_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    __ is missing required financial information
    __ is missing an original signature by the prisoner
    __ is not on proper form (must use the court's current form)
    __ other_____

Accordingly, it is

ORDERED that Kent French cure the deficiencies designated above within 30 days from the date of this order. Any papers that Kent French filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Kent French, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Kent French fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 12th day of August, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court